## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TORRENCE JOSEPH VERGE**                                              **PLAINTIFF**

**V.**                              **4:07CV00674-WRW/BD**

**HEMPSTEAD COUNTY**
**DETENTION FACILITY, et al.**                                         **DEFENDANTS**

## ORDER

Plaintiff, who is incarcerated in the Hempstead County Detention Facility (HCDF) in Hope, Arkansas, has filed a *pro se* complaint under 42 U.S.C. § 1983 (#2).  Plaintiff seeks damages arising from a slip and fall injury he alleges occurred while in the HCDF.  It is clear that all actions alleged occurred in Hope, Arkansas, and that all defendants are located in Hempstead County.

Accordingly, the Court transfers this case to the Western District of Arkansas, Texarkana Division.

IT IS TO ORDERED this 13th day of August, 2007.


                                                  /s/Wm. R. Wilson, Jr.
                                      UNITED  STATES DISTRICT JUDGE